KAUFF MCGUIRE & MARGOLIS LLP
950 Third Avenue, 14th Floor
New York, NY 10022
(212) 644-1010 (Tel)
(212) 644-1936 (Fax)

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GUILLERMINA DESPIAU,

        Plaintiff,

V.

GOODWILL INDUSTRIES OF GREATER NEW YORK AND NORTHERN NEW JERSEY, INC.

        Defendant.

Case No. 20-cv-6368 (EK/SJB)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action is withdrawn by Plaintiff and dismissed with prejudice and without costs or attorney's fees to any party.

Dated: New York, New York
5/5/2021
KAUFF MCGUIRE & MARGOLIS LLP

By: _____
Lisa E. Dayan
950 Third Avenue, Fourteenth Floor
New York, NY 10022
(212) 644-1010 (Tel)
dayan@kmm.com
Attorneys for Defendant
Goodwill Industries of Greater New York
and Northern New Jersey, Inc.

Dated: New York, New York
4/12/2021
PHILLIPS & ASSOCIATES PLLC

By: _____
Joshua Friedman
585 Stewart Avenue, Suite 410
Garden City, New York 11530
(212) 248-7431 (Tel)
jfriedman@tpglaws.com
Attorneys for Plaintiff
Guillermina Despiau

**So Ordered:** _____, U.S.D.J. _____
                                                                                                                       Date

4849-3482-6722.1